# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Phillip Henriques,

    Plaintiff(s),                                       JUDGMENT IN A CIVIL CASE

vs.                                                    3:12-cv-558

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 5, 2012 Order.

Signed: September 6, 2012

Frank G. Johns, Clerk
United States District Court